IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  07-cv-00528-RPM
(Consolidated with 07-cv-00529)

GALE A. TORREY, as surviving spouse of
Mark A. Torrey, Decedent, and
SHEENA M. TORREY, the surviving daughter of
Mark A. Torrey, Decedent,
WHITNEY TORREY, as surviving spouse of
Christopher A. Torrey, Decedent, and
JOSHUA T. TORREY, a minor, by and
through his mother and natural guardian,
Whitney Torrey,

    Plaintiffs,

vs.

THE COLEMAN COMPANY, INC.,

    Defendant.

## ORDER FOR CONSOLIDATION

Upon consideration of the files and records and Defendant's Unopposed Motion for Consolidation (Doc. #8), filed on March 20, 2007, it is

ORDERED that these civil actions are consolidated and will proceed under the above caption.

Dated: March 21st, 2007

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge

Dockets.Justia.com