IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  07-cv-00528-RPM
(Consolidated with 07-cv-00529)

GALE A. TORREY, as surviving spouse of
Mark A. Torrey, Decedent, and
SHEENA M. TORREY, the surviving daughter of
Mark A. Torrey, Decedent,
WHITNEY TORREY, as surviving spouse of
Christopher A. Torrey, Decedent, and
JOSHUA T. TORREY, a minor, by and
through his mother and natural guardian,
Whitney Torrey,

        Plaintiffs,

vs.

THE COLEMAN COMPANY, INC.,

        Defendant.

---

ORDER DENYING MOTION FOR PROTECTIVE ORDER

---

Upon consideration of Defendant, The Coleman Company, Inc.,'s Motion for Protective Order (Doc. #16), filed on May 31, 2007, it is

ORDERED that the motion is denied for failure to comply with D.C.COLO.LCivR 7.2 and 7.3.

Dated: June 1st, 2007

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge