IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00528-RPM
(Consolidated with 07-cv-00529)

GALE A. TORREY, as surviving spouse of
Mark A. Torrey, Decedent, and
SHEENA M. TORREY, the surviving daughter of
Mark A. Torrey, Decedent,
WHITNEY TORREY, as surviving spouse of
Christopher A. Torrey, Decedent, and
JOSHUA T. TORREY, a minor, by and
through his mother and natural guardian,
Whitney Torrey,

        Plaintiffs,

vs.

THE COLEMAN COMPANY, INC.,

        Defendant.

---

## ORDER

---

On May 31, 2007, defendant filed a motion for protective order (Doc. #16). Pursuant to the scheduling conference today, it is

ORDERED that the Order Denying Motion for Protective Order (Doc. #17), entered on June 1, 2007, is vacated and it is

FURTHER ORDERED that plaintiff may file a response to the motion by June 12, 2007, and defendant may reply on or before June 22, 2007.

Dated: June 4th, 2007

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge