IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  07-cv-00528-RPM
(Consolidated with 07-cv-00529)

GALE A. TORREY, as surviving spouse of
Mark A. Torrey, Decedent, and
SHEENA M. TORREY, the surviving daughter of
Mark A. Torrey, Decedent,
WHITNEY TORREY, as surviving spouse of
Christopher A. Torrey, Decedent, and
JOSHUA T. TORREY, a minor, by and
through his mother and natural guardian,
Whitney Torrey,

           Plaintiffs,

vs.

THE COLEMAN COMPANY, INC.,

           Defendant.

---

ORDER DENYING DEFENDANT'S MOTION FOR PROTECTIVE ORDER

---

On May 31, 2007, the defendant filed a motion for protective order requesting that this Court order that Mark N. Stageberg as co-counsel for the plaintiffs in this civil litigation be prohibited from possessing confidential documents disclosed by the Coleman Company because of his violation of protective orders entered in other litigation with The Coleman Company in other courts.  In those cases, the subject orders provided for the destruction of documents after the conclusion of the litigation and it is asserted that Mr. Stageberg failed to comply.  In briefing the motion, Mr. Stageberg has conceded violations but has expressed his disagreement with the

requirements of court orders having the effect of impeding the claims of others. The relief requested by the defendant that only co-counsel William A. Trine may have access to confidential documents is impractical. Mr. Stageberg has been admitted to the bar of this court and is subject to the disciplinary authority of this court and D.C.COLO.LCivR 83.5. To prohibit a lawyer from access to documents necessary for the representation of his client in this civil action would restrict his ability to provide professional service to his clients and expose him to potential liability for ineffective representation. This Court cannot restrict the performance of counsel's professional responsibility in the manner requested. Accordingly, it is

ORDERED that the motion for protective order is denied.

Dated: July 30th, 2007

                                                      BY THE COURT:

                                                      s/Richard P. Matsch

                                                      _____
                                                      Richard P. Matsch, Senior District Judge