IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00528-RPM
(Consolidated with 07-cv-00529)

GALE A. TORREY, as surviving spouse of
Mark A. Torrey, Decedent, and
SHEENA M. TORREY, the surviving daughter of
Mark A. Torrey, Decedent,
WHITNEY TORREY, as surviving spouse of
Christopher A. Torrey, Decedent, and
JOSHUA T. TORREY, a minor, by and
through his mother and natural guardian,
Whitney Torrey,

    Plaintiffs,

vs.

THE COLEMAN COMPANY, INC.,

    Defendant.

---

ORDER SETTING PRETRIAL CONFERENCE

---

Pursuant to the hearing convened today, it is

ORDERED that a pretrial conference is scheduled for **September 19, 2008, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**. The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m. on September 11, 2008.** The conference is conducted with counsel only and no parties

or representatives of parties will be permitted to attend.

Dated: May 27th, 2008

BY THE COURT:

s/ Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge