IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: May 27, 2008
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 07-cv-00528-RPM (Consolidated with 07-cv-00529)

| | |
|---|---|
| GALE A. TORREY, as surviving spouse of | Mark N. Stageberg |
| Mark A. Torrey, Decedent, | William A. Trine |
| SHEENNA M. TORREY, the surviving daughter of | Deborah L. Taussig |
| Mark A. Torrey, Decedent, | |
| WHITNEY TORREY, as surviving spouse of | |
| Christopher A. Torrey, Decedent, and | |
| JOSHUA T. TORREY, a minor by and | |
| through his mother and natural guardian, Whitney Torrey, | |

    Plaintiffs,

v.

| | |
|---|---|
| THE COLEMAN COMPANY, INC., | Amy M. Decker |
| | Darin J. Lang |
|     Defendant. | Peter Middleton |

_____

## COURTROOM MINUTES
_____

**Status Conference**

**9:58 a.m.**      **Court in session.**

Court's preliminary remarks.

10:04 a.m.      Statements and answers to Court's questions by Ms. Decker regarding defendant's products.

Court states its view regarding pending motions.

10:08 a.m.      Argument by Mr. Stageberg.
10:16 a.m.      Argument by Mr. Lang.
10:17 a.m.      Further argument by Mr. Stageberg.
10:18 a.m.      Argument by Ms. Decker.

**ORDERED:**      Enberg test is excluded and all expert testimony concerning the test.

May 27, 2008
07-cv-00528-RPM

**ORDERED:** Defendant's Motion for Clarification of Scheduling Order, filed September 17, 2007 [57], is denied.

**ORDERED:** Plaintiffs' Motion to Strike Defendant Coleman's Expert Disclosures, filed November 8, 2007 [73], is denied.

**ORDERED:** Plaintiffs' Motion to Compel Coleman to Pay Expert Witness Deposition, filed December 19, 2007 [85], ruling deferred until after the trial.

**ORDERED:** Defendant's Motion to Limit Testimony of Plaintiffs' Expert Witness Dr. David Penny Pursuant to Rule 702, filed February 19, 2008 [112], is denied and will be dealt with at trial.

**ORDERED:** Defendant, The Coleman Company , Inc.'s Motion to Strike or Otherwise Exclude the Testimony and Opinions of Plaintiffs' Expert , Tarald O. Kvalseth, Ph.D., filed February 22, 2008 [115], is denied and will be dealt with at trial.

**ORDERED:** Defendant, The Coleman Company , Inc.'s Motion to Strike or Otherwise Exclude the Testimony the Opinions and Testimony of Plaintiffs' Expert, Robert Engberg, filed March 12, 2008 [122], is denied and will be dealt with at trial.

**ORDERED:** Defendant, The Coleman Company , Inc.'s Motion to Strike or Otherwise Exclude the Testimony the Opinions and Testimony of Plaintiffs' Expert, Gary Hutter, Ph.D., filed May 22, 2008 [133], is denied and will be dealt with at trial.

**ORDERED:** Additional discovery concerning punitive damages is not necessary because use from other litigation may suffice.

**ORDERED:** Counsel have July 28, 2008 (60 days) to confer and complete issues regarding deposition schedule of Beaucamp and Manning, the use of depositions from other cases and submission of rebuttal expert reports.

**ORDERED:** Pretrial conference scheduled September 19, 2008 at 2:00 p.m.

**10:26 a.m.** Court in recess.

Hearing concluded. Total time: 28 MIN.