IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00528-RPM
(Consolidated with 07-cv-00529)

GALE A. TORREY, as surviving spouse of
Mark A. Torrey, Decedent, and
SHEENA M. TORREY, the surviving daughter of
Mark A. Torrey, Decedent,
WHITNEY TORREY, as surviving spouse of
Christopher A. Torrey, Decedent, and
JOSHUA T. TORREY, a minor, by and
through his mother and natural guardian,
Whitney Torrey,

    Plaintiffs,

vs.

THE COLEMAN COMPANY, INC.,

    Defendant.

## ORDER SETTING TRIAL DATE

Pursuant to the pretrial conference convened on September 19, 2008, it is

ORDERED that this matter is set for trial to jury on **March 2, 2009, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

Dated: September 22, 2008

                                        BY THE COURT:

                                        s/ Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge