Date: March 12, 2009
Courtroom Deputy: J. Chris Smith
FTR Technician: Cathy Coomes

_____

Civil Action No. 07-cv-00528-RPM (Consolidated with 07-cv-00529)

| | |
|---|---|
| GALE A. TORREY, as surviving spouse of Mark A. Torrey, Decedent, SHEENNA M. TORREY, the surviving daughter of Mark A. Torrey, Decedent, WHITNEY TORREY, as surviving spouse of Christopher A. Torrey, Decedent, and JOSHUA T. TORREY, a minor by and through his mother and natural guardian, Whitney Torrey, | Mark N. Stageberg William A. Trine Deborah L. Taussig |

    Plaintiffs,

v.

| | |
|---|---|
| THE COLEMAN COMPANY, INC., | Amy M. Decker Peter Middleton |
|     Defendant. | Kenneth R. Lang Kenneth H. Lyman |

_____

## COURTROOM MINUTES
_____

**Hearing on Pending Motions**

**10:00 a.m.**    **Court in session.**

Court's preliminary remarks, its summary of the issues to be addressed and its understanding of the parties' respective positions.

Statements and arguments of counsel and colloquies with Court results in advisory rulings.

    **ORDERED:**    **Plaintiffs' Motion to Compel Coleman to Pay Expert Witness Depositions, filed December 19, 2007 [85], terminated by rulings made in court.**

    **ORDERED:**    **Defendant, the Coleman Company, Inc.'s Motion to Exclude Plaintiffs' CPSC Exhibits and all Related Evidence and Testimony, filed November 17, 2008 [157], terminated by rulings made in court.**

March 12, 2009
07-cv-00528-RPM

**ORDERED:** Defendant, the Coleman Company, Inc.'s Motion in Limine to Exclude Evidence Regarding Other Coleman Propane - Burning Products, filed November 17, 2008 [158], terminated by rulings made in court.

**ORDERED:** Defendant, the Coleman Company, Inc.'s Motion in Limine to Exclude Evidence Regarding Other Incidents, Claims and Lawsuits, filed November 17, 2008 [159], terminated by rulings made in court.

**ORDERED:** Defendant's Motion in Limine to Exclude Evidence Regarding Other Manufactures' Propane Heaters, filed November 17, 2008 [160], terminated by rulings made in court.

**ORDERED:** Defendant, the Coleman Company, Inc.'s Motion To Exclude or Limit the Testimony of Plaintiffs' Expert Witnesses, filed November 17, 2008 [161], terminated by rulings made in court.

**ORDERED:** Plaintiffs' Motion to Strike Four Late Served and Filed Affidavits Attached as Exhibits A, B., D and E to Docket 175, filed December 23, 2008 [177], terminated by rulings made in court.

**ORDERED:** **Two week jury trial scheduled August 3, 2009.**
**Parties to exchange lists of exhibits and witnesses.**
**Pretrial conference scheduled July 2, 2009 at 2:00 p.m.**
**Proposed pretrial order to be submitted in paper format directly to chambers by June 25, 2009.**

**11:10 a.m.** **Court in recess.**

Hearing concluded. Total time: 1 hr. 10 min.