**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                July 2, 2009
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 07-cv-00528-RPM (Consolidated with 07-cv-00529)

| | |
|---|---|
| GALE A. TORREY, as surviving spouse of | Mark N. Stageberg |
| Mark A. Torrey, Decedent, | William A. Trine |
| SHEENNA M. TORREY, the surviving daughter of | Deborah L. Taussig |
| Mark A. Torrey, Decedent, | |
| WHITNEY TORREY, as surviving spouse of | |
| Christopher A. Torrey, Decedent, and | |
| JOSHUA T. TORREY, a minor by and | |
| through his mother and natural guardian, Whitney Torrey, | |

  Plaintiffs,

v.

| | |
|---|---|
| THE COLEMAN COMPANY, INC., | Amy M. Decker |
| | Peter Middleton |
|   Defendant. | Kenneth R. Lang |
| | Kenneth H. Lyman |

_____

**COURTROOM MINUTES**
_____

**Final Pretrial Conference**

**1:54 p.m.       Court in session.**

Court states its trial practices and procedures.

Counsel verifies for the Court parties claims and defenses.

Counsel state there may be one or two video depositions.
Court instructs counsel to submit one written transcript, highlighting parties deposition designations (plaintiff yellow, defendant blue and objections indicated in red in margins), in advance to rule for video editing.

**ORDERED:   Plaintiff's Motion to Call Expert Dr. Kvalseth Out of Order, filed April 16, 2009 [188], is granted.**

July 2, 2009
07-cv-00528-RPM

Counsel stipulate to exceed the scope of examination of common witnesses to be called.

Court instructs counsel to identify and disclose names of witnesses 48 hours prior to being called.

Court states trial briefs are permitted.

**ORDERED:** **Proposed substantive instructions (2 copies double spaced), proposed voir dire, combined list of witnesses (40 copies), list of generic Coleman products (40 copies), list of competitors propane heaters (40 copies), glossary of special terms and any trial brief are to be submitted in paper directly to chambers by 4:00 p.m July 24, 2009.**

Counsel estimate 7 days for trial.

Discussion regarding punitive damages and experts.

**ORDERED:** **Final Pretrial Order approved.**

**2:30 p.m.** **Court in recess.**

Hearing concluded.      Total time: 36 min.