## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00528-RPM (Consolidated with 07-cv-00529)

GALE A. TORREY, as surviving spouse of Mark A. Torrey, Decedent,
SHEENA M. TORREY, the surviving daughter of Mark A. Torrey, Decedent,
WHITNEY TORREY, as surviving spouse of Christopher A. Torrey, Decedent, and
JOSHUA T. TORREY, a minor by and through his mother and natural guardian, Whitney Torrey,

    Plaintiffs,

v.

THE COLEMAN COMPANY, INC.,

    Defendant.

---

## STIPULATION AND ORDER REGARDING
## CUSTODY OF EXHIBITS AND DEPOSITIONS

---

IT IS STIPULATED AND ORDERED that at the conclusion of the trial which began on August 3, 2009, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this __13__ day of August, 2009.

BY THE COURT:

_____
Senior District Judge Richard P. Matsch

APPROVED AS TO FORM:

_____      _____
ATTORNEY FOR PLAINTIFFS                  ATTORNEY FOR DEFENDANT