IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  07-cv-00528-RPM
(Consolidated with 07-cv-00529)

GALE A. TORREY, as surviving spouse of
Mark A. Torrey, Decedent, and
SHEENA M. TORREY, the surviving daughter of
Mark A. Torrey, Decedent,
WHITNEY TORREY, as surviving spouse of
Christopher A. Torrey, Decedent, and
JOSHUA T. TORREY, a minor, by and
through his mother and natural guardian,
Whitney Torrey,

      Plaintiffs,
vs.

THE COLEMAN COMPANY, INC.,

      Defendant.

## ORDER FOR STAY PENDING APPEAL

Pursuant to the motion to stay execution of judgment [235], it is

Ordered that execution of the judgment entered on August 25, 2009, is stayed pending appeal.

Dated: September 22nd, 2009

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge