IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  07-cv-00528-RPM
(Consolidated with 07-cv-00529)

GALE A. TORREY, as surviving spouse of
Mark A. Torrey, Decedent, and
SHEENA M. TORREY, the surviving daughter of
Mark A. Torrey, Decedent,
WHITNEY TORREY, as surviving spouse of
Christopher A. Torrey, Decedent, and
JOSHUA T. TORREY, a minor, by and
through his mother and natural guardian,
Whitney Torrey,

   Plaintiffs,
vs.

THE COLEMAN COMPANY, INC.,

   Defendant.

---

## ORDER ON STIPULATED MOTION FOR INDICATIVE RULING

---

  This civil action is on appeal.  On February 8, 2010, the parties filed a Stipulated Motion for Indicative Ruling, requesting this Court's view of a possible request to vacate the judgments in this case as a condition of settlement.  It is now

  ORDERED that this Court has no objection to vacating the judgments upon a joint motion made after remand of this matter.

  Dated: February 9th, 2010

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge