**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
Senior Judge Richard P. Matsch

Civil Action No. 07-cv-00528-RPM
(Consolidated with 07-cv-00529)

GALE A. TORREY, as surviving spouse of Mark A. Torrey, Decedent,
SHEENA M. TORREY, the surviving daughter of Mark A. Torrey, Decedent,
WHITNEY TORREY, as surviving spouse of Christopher A. Torrey, Decedent, and
JOSHUA T. TORREY, a minor by and through his mother and natural guardian, Whitney Torrey,

      Plaintiffs,
v.

THE COLEMAN COMPANY, INC.,

      Defendant.
_____

## ORDER VACATING JUDGMENTS
_____

Pursuant to the parties' Rule 60(b) Joint Motion for Vacatur, filed today, and for the reasons stated in the earlier filed Stipulated Motion for Indicative Ruling, it is now

ORDERED that the judgments entered on August 14, 2009, and August 25, 2009, are vacated.

DATED: February 16th, 1010

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge